1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11  IN RE: INCRETIN MIMETICS            )   Case No.13md2452 AJB (MDD)
    PRODUCTS LIABILITY                  )
12  LITIGATION                          )   ORDER GRANTING OPEN
                                        )   EXTENSION OF TIME FOR
13                                      )   DEFENDANTS TO FILE
                                        )   RESPONSIVE PLEADING TO
14                                      )   INDIVIDUAL COMPLAINTS
                                        )
15                                      )
                                        )
16  _____ )

17          Presently before the Court are several joint motions for an extension of time for

18  Defendants to file responsive pleadings to individual complaints that are related, or

19  otherwise designated as member cases, to the lead MDL case.  (Doc. Nos. 175, 176, 177,

20  178.)  Each motion references the Court's October 18, 2013 order, which instructed

21  Plaintiffs to meet and confer in an attempt to submit a Master Consolidated Complaint by

22  November 18, 2013, and Defendants to submit a Master Consolidated Answer by

23  December 18, 2013, assuming Plaintiffs timely filed the Master Consolidated Complaint.

24  (Doc. No. 143.)

25          Accordingly, in order to facilitate uniformity and allow counsel to focus their

26  continued efforts on meeting the above deadlines, the Court GRANTS an open extension

27  of time for Defendants to file responsive pleadings in the individual cases that are related,

28  or otherwise designated as member cases, to the lead MDL case.

1    The Court will reassess the continued need for the open extension of time at the

2  upcoming November 21, 2013 status conference.

3

4  IT IS SO ORDERED.

5  DATED:  November 6, 2013

6                                                    _____

7                                                    Hon. Anthony J. Battaglia
                                                     U.S. District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28