# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: INCRETIN-BASED THERAPIES PRODUCTS LIABILITY LITIGATION | CASE NO. 13md2452-AJB (MDD)<br><br>ORDER REGARDING DISCOVERY DISPUTES IDENTIFIED IN JOINT SUBMISSION FILED NOVEMBER 18, 2013 (ECF NO. 186) |

On November 18, 2013, the parties filed a Joint Submission Identifying Discovery Matters On Which The Parties Are In Dispute. (ECF No. 186). In the submission, the parties request guidance regarding the procedure to be followed in bringing these matters before the Court. There appear to be seven (7) distinct discovery disputes that the parties claim are at impasse. Some appear related and can be consolidated. Unless the parties resolve their differences, the Court will expect, as provided below, five joint motions regarding the discovery disputes. As the disputes are now ripe, the joint motions must be filed within thirty (30) days, absent further order of the Court. Copies of correspondence between the parties shall not be filed, attached or appended. After reviewing the motions, the Court may decide to schedule an informal conference, schedule the matter for hearing or issue a ruling based upon the submissions.

1. Deposition Protocol Disputes

There are two disputes regarding depositions. There is a dispute regarding the "general deposition protocol" and a dispute regarding depositions pursuant to Fed.R.Civ.P. 30(b)(6), including the use of depositions taken in the related *Byetta Cases* litigation in state court (JCCP No. 4574). The Court believes that these disputes can be handled together. The parties are to file a joint motion identifying the areas in which they are in dispute. The joint motion may include a statement of their positions in no more than ten (10) pages per side. Proposed orders reflecting the competing proposals must be submitted in an editable format (Word or WordPerfect) to efile_dembin@casd.uscourts.gov.

2. Fact Sheet Disputes

There are two disputes regarding fact sheets. First, following negotiations between the parties and some guidance from this Court, this Court granted a joint motion of the parties approving the use of the Plaintiff Fact Sheet in all of the related cases. *See Moses Scott v. Merck, et al.*, 12cv2549, ECF No. 33. There is now a dispute over whether the Plaintiff Fact Sheet should be modified. The other dispute pertains to a proposed Defendant Fact Sheet.

The Court believes that these disputes can be handled together. The parties are to file a joint motion identifying the areas in which they are in dispute and may include a statement of their positions of no more than ten (10) pages per side. The party seeking modification must submit a proposed new Plaintiff Fact Sheet in an editable format (Word or WordPerfect) to efile_dembin@casd.uscourts.gov. The competing proposals regarding the Defendant Fact Sheet also must be submitted to the Court as above.

3. Protective Order Dispute

The Court has entered a stipulated protective order applicable to all member and related cases in the *Moses Scott* case. *See* ECF No. 32, 12cv2549. There appears to be a dispute regarding modification of that Order. The parties are to file a joint motion identifying the areas of dispute and may file a statement of their positions of no more than five (5) pages per side. Proposed orders reflecting the competing proposals must be submitted in an editable format (Word or WordPerfect) to efile_dembin@casd.uscourts.gov.

4. ESI

The Court has endorsed an ESI Protocol between Plaintiffs and Defendants Merck and Novo Nordisk. (ECF No. 188). There appears to be a dispute regarding ESI between Plaintiffs and Defendants Lilly and Amylin. The parties are to file a joint motion identifying the areas of dispute and may file a statement of their positions of no more than five (5) pages per side. Proposed orders reflecting the competing proposals must be submitted in an editable format (Word or WordPerfect) to efile_dembin@casd.uscourts.gov.

5. Insurance Coverage re: Defendant Amylin

There appears to be a dispute over disclosures by Defendant Amylin regarding insurance coverage, specifically amounts remaining. The parties may file a joint motion regarding this dispute and include position statements of no more than five (5) pages per side including any relevant case law.

IT IS SO ORDERED.

DATED: November 19, 2013

Hon. Mitchell D. Dembin
U.S. Magistrate Judge